UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**VALPAK DIRECT MARKETING**
**SYSTEMS, INC., a Delaware corporation,**

    **Plaintiff,**

v.                                                                                         Case No.  8:05-cv-1513-T-30MSS

**METRO MARKETING RESOURCES,**
**INC., a Connecticut corporation,**

    **Defendant.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiff Valpak Direct Marketing Systems Inc.'s (hereinafter "Plaintiff") Motion for Entry of Final Judgment After Default (Dkt. 9) against Defendant Metro Marketing Resources, Inc. (hereinafter "Defendant").  The Court finds that Defendant was served with the Summons and Complaint, and that in excess of twenty (20) days have passed.  The Clerk has entered a default as to Defendant (Dkt. 8).

Further, the Court finds that Defendant has failed to answer, respond or appear and therefore, this Court renders Judgment by default in favor of Plaintiff and against Defendant.

It is therefore ORDERED AND ADJUDGED that:

1. Plaintiff Valpak Direct Marketing Systems, Inc.'s Motion for Entry of Final Judgment After Default (Dkt. 9) against Defendant Metro Marketing Resources, Inc. is **GRANTED**.

2. Judgment is rendered against Defendant Metro Marketing Resources, Inc. and in favor of Plaintiff Valpak Direct Marketing Systems, Inc. as follows:

   A. Judgment in favor of Plaintiff on its claim for the principal amount of $124,758.80 plus interest of $13,165.28; and

   B. Defendant shall be responsible for the taxable costs of this action.

3. All pending motions are denied as moot.

4. Clerk is directed to CLOSE this file.

**DONE** and **ORDERED** in Tampa, Florida on October 27, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2005\05-cv-1513 - Motion for Entry of Final Judgment after Default.frm