**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**VALPAK DIRECT MARKETING**
**SYSTEMS, INC.**, a Delaware corporation,

     Plaintiff,

v.                                          Case No. 8:05-cv-1513-T-30MSS

**METRO MARKETING RESOURCES,**
**INC.**, a Connecticut corporation,

     Defendant.
_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiff's Bill of Costs (Dkt 12). An Order of Judgment was entered against Defendant and in favor of Plaintiff on October 27, 2005 (Dkt. 11). Plaintiff now seeks costs in the amount of $347.00 pursuant to Fed. R. Civ. P. 54. Specifically, Plaintiff is seeking costs for court reporter fees and process server fees, costs which are taxable. 18 U.S.C. § 1920. Accordingly, Plaintiff is entitled to $347.00 in costs.

It is therefore ORDERED AND ADJUDGED that:

1.    Plaintiff's Bill of Costs (Dkt. 12) is **GRANTED.**

2.    The Clerk of Court is directed to **AWARD** costs to Plaintiff Val-Pak Direct Marketing Systems, Inc. against Defendant Metro Marketing Resources, Inc. in the amount of $347.00.

DONE and ORDERED in Tampa, Florida on November 1, 2005.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2005\05cv1513 Bill of Costs.frm